United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FELIPA MEDINA, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-332 |
| | § | |
| TODD BLANCHE[1], *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Felipe Medina is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

The Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).

In this case, Respondents detained Petitioner on March 8, 2026. Based on this date, more than 90 days have elapsed since Petitioner's detention, and the record contains no evidence that Respondents have provided him with a bond hearing.

As a result, and based on *Sosnava*, it is:

**ORDERED** that Petitioner Felipe Medina's Petition for Writ of Habeas Corpus (Doc. 1 ) is **GRANTED** to the extent indicated in this Order;

[1] Petitioner sought relief against Kristi Noem and Pamela Bondi in their official capacities as Secretary of the Department of Homeland Security and Attorney General, respectively. Pursuant to Federal Rule of Civil Procedure 25(d), Markwayne Mullin and Todd Blanche are substituted as the proper Respondents, respectively.

**ORDERED** that Respondents shall release Petitioner Felipe Medina by no later than July 16, 2026, unless before that date, Respondents have provided Petitioner Felipe Medina with a bond hearing that is procedurally and substantively similar to bond hearings under 8 U.S.C. § 1226(a) and the Immigration Judge denies a bond or other conditions permitting release. If the Immigration Judge grants a bond or other conditions permitting release, Petitioner Felipe Medina must satisfy any requirements that the Immigration Judge imposes for release.

It is also **ORDERED** that by no later than July 14, 2026, should Respondents believe that *Sosnava* does not control in this matter, Respondents shall file a Motion for Reconsideration. The filing of such a motion will not affect the deadlines in this Order regarding a bond hearing and release.

All other relief not expressly granted is **DENIED**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 6, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge